JOSEPH ARNOLD *versus* HIRAM E. FIELD.

PAPERS IN FILE (1836): (1) Affidavit and petition for certiorari, allocatur.
*1824–36 Calendar*, MS p. 257 [b].

ABNER D. AVERY *versus* LAWSON A. VAN AUKIN AND BENAJAH HOLBROOK.

PAPERS IN FILE (1836): (1) Affidavit and petition for certiorari, allocatur.
*1824–36 Calendar*, MS p. 258 [b].

JOHN WILSON *versus* JERE PHILLIPS AND WILLIAM ROBERTS.

PAPERS IN FILE (1836): (1) Bill of complaint; (2) writ of subpoena and return.
*Chancery Case* 224 of 1836.